**Order entered March 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01369-CV

### IN THE INTEREST OF M.K.M., A CHILD

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-12692

## ORDER

By order dated February 12, 2019, we directed court reporter Elizabeth Neve Griffin to file either the reporter's record of the October 29, 2018 trial or written verification she had filed in the trial court a contest to appellant's declaration of inability to pay and a statement as to the status of the contest. To date, Ms. Griffin has not responded.

As it appears a contest was not filed, we **ORDER** Ms. Griffin to file the record without prepayment of costs **no later than April 5, 2019**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sandra Jackson, Presiding Judge of the 302nd Judicial District Court; Ms. Griffin; and, the parties.

/s/ KEN MOLBERG
JUSTICE